IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DUSTIN SANTOS,<br><br>           Defendant. | 4:16CR3110<br><br>ORDER |

Defendant's motion for release, (Filing No. 17), is granted, and Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 1:00 p.m. on March 8, 2017

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

    a. Defendant is released from custody to stay at his parent's home pending his physical examination and a determination of whether he will be accepted into treatment at NEPSAC, Gordon, Nebraska.

    b. Upon his release from custody, Defendant shall obtain a physical examination as soon as possible.

    c. Once the physical examination is complete, Defendant shall immediately forward the examination results to NEPSAC, Gordon, Nebraska and,

2

      i.     If Defendant is not accepted into NEPSAC's program for any reason, he shall immediately advise his supervising officer of the non-acceptance.

      ii.    If Defendant is accepted into NEPSAC's program, Defendant shall promptly enter that program, reside at NEPSAC and fully participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of NEPSAC facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

January 17, 2017.

                                   BY THE COURT:

                                   *s/ Cheryl R. Zwart*
                                   United States Magistrate Judge