IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:16CR3110 |
| v. | ) | |
| DUSTIN SANTOS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion for Dismissal of the Petition Without Prejudice (filing no. 22) is granted. The Petition for Offender Under Supervision (filing no. 3) is dismissed without prejudice. The defendant's July 13, 2017, revocation hearing is canceled.

DATED this 12th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge